■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSAURA GONZALEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered March 29, 1984, convicting her of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence adduced at trial was sufficient to permit a rational trier of fact to find that the defendant was guilty beyond a reasonable doubt of manslaughter in the second degree (see, Penal Law § 125.15 [1]; People v Contes, 60 NY2d 620, 621). Moreover, the People disproved the defendant's justification defense beyond a reasonable doubt (see, Penal Law § 25.00 [1]; §§ 35.00, 35.15). Mollen, P. J., Mangano, Gibbons and Bracken, JJ., concur.